No. 01–10533. LOPEZ-ZAMORA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–10535. JERECKI v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–10536. MESE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 01–10537. MERCADO v. VAUGHN, DISTRICT ATTORNEY, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 01–10538. TERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10539. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10540. PETERSON v. ELLIS, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 01–10541. RUBIO-ESPINOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–10542. AUSTIN v. FORD MODELS, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 01–10543. PALMER v. UNITED STATES HOUSE OF REPRESENTATIVES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–10544. ROMNEY v. ALLSTATE INSURANCE CO. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–10545. COOPER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–10546. ATKINS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10547. RUSSELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 01–10548. DARLING v. FLORIDA. Sup. Ct. Fla. Certiorari denied.